IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Thomas Gribovszki, | NO. C 11-00070 JW |
| Plaintiff, | **ORDER CERTIFYING THAT PLAINTIFF'S APPEAL IS NOT TAKEN IN GOOD FAITH** |
| v. | |
| The State of California, et al., | |
| Defendants. | |

Presently before the Court is the Ninth Circuit's Referral Notice. (See Docket Item No. 22.) In its Notice, the Ninth Circuit requests a determination as to whether Petitioner's *in forma pauperis* status should continue for the pendency of his appeal. (Id.)

Title 28 U.S.C. § 1915(a)(3) provides, in pertinent part:

An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith.

On March 16, 2011, the Court granted Plaintiff's Application to proceed *in forma pauperis* and dismissed Plaintiff's Complaint without prejudice for violation of his Fourteenth Amendment due process rights pursuant to 42 U.S.C. § 1983 by the California state courts under the Rooker-Feldman doctrine. (hereafter, "March 16 Order," Docket Item No. 13.)

On April 13 and April 19, 2011, Plaintiff filed two Motions for Reconsideration of the Court's March 16 Order and a Notice of Appeal to the Ninth Circuit. (See Docket Item Nos. 17, 18, 19.) On April 20, 2011, the Court, in light of Plaintiff's *pro se* status, liberally construed the Motions as Motions for Leave to File a Motion for Reconsideration and denied the Motions on the

grounds that Plaintiff failed to assert any basis as to why Rooker-Feldman would be inapplicable. (See Docket Item No. 21.)

Upon review, the Court does not find that Plaintiff's appeal was undertaken in good faith. Specifically, the Court found, first in its March 16 Order and again on reconsideration, that Plaintiff's suit is clearly barred by the Rooker-Feldman doctrine and Plaintiff fails to put forth any grounds to the contrary. Thus, Plaintiff's appeal is frivolous.

Accordingly, the Court certifies that Plaintiff's appeal is not taken in good faith and, thus, Plaintiff's *in forma pauperis* status should not continue for the pendency of his appeal.

Dated: April 28, 2011

JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Thomas  Gribovszki
c/o Mr. Joerg Kreisel
Melanieweg 25
Aachen, Germany

| | |
|---|---|
| **Dated:  April 28, 2011** | **Richard W. Wieking, Clerk** |
| | **By:     /s/ JW Chambers**<br>         **Elizabeth Garcia**<br>         **Courtroom Deputy** |